## TISON *vs*. MYRICK, *et al.*

[WARNER, Chief Justice, being engaged in presiding over the senate organized as a court of impeachment, did not sit in this case.]

Where the judge presiding certifies that he declined to pass upon the merits of a motion for new trial in a case tried before another judge, because the brief of evidence was not approved by said judge at the time agreed upon by counsel, and no *rule nisi* was granted by said judge, and where the facts are verified by the record, and the presiding judge

refused the new trial for the above reasons, this court has no option but to affirm the judgment, there being no motion for a rule *nisi* or to perfect the brief of evidence. The plaintiff in error must show error, and to that end he must have the brief of evidence and motion for new trial duly verified, so that the court below may pass intelligently upon his case and this court intelligently review it.

JACKSON, Justice.